ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
CALENDAR: V
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SHERI BOWEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | EEOC Charge Number No. |
| ) | 440-20150375 |
| BOARD OF ELECTION ) | |
| COMMISSIONERS OF CITY OF ) | |
| CHICAGO ) | |
| ) | |
| Defendants ) | |

### VERIFIED COMPLANT

NOW COME Plaintiff Sheri Bowen (hereinafter, "Plaintiff"), by and through her attorneys, the Ávila Law Group, LLC, and complains against Defendants Board of Election Commissioners of City of Chicago (hereinafter, "Defendants"). In furtherance whereof, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. The charges contained herein allege torts and discrimination claims governed by Illinois and federal law.

2. Plaintiff filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission for the matters herein alleged. The charges of discrimination resulted in the U.S. Equal Employment Opportunity Commission issuing Plaintiff a Right to Sue Letter on August 24, 2015. Pursuant to 42 U.S.C. §2000e, *et seq.*, Plaintiff had ninety (90) days from the day of Defendant's receipt of the Right to Sue Letter in which to file suit. Defendant received the Right to Sue Letter on September 1, 2015. This Complaint was filed within the ninety-day window.

1

**EXHIBIT 1**

ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
PAGE 2 of 5

3. The events giving rise to Plaintiffs claims occurred principally within the geographical boundaries of Cook County, Illinois.

4. The principal places of business of all Defendants are within the boundaries of Cook County, Illinois. The headquarters of non-natural person Defendants are located within Cook County.

## PARTIES

5. At all times relevant hereto, Plaintiff was and remains a natural person. Plaintiff is an African American female and was born on July 8th, 1967. Plaintiff is a resident of Illinois and resides in Cook County. Plaintiff also worked for the Chicago Board of Election Commissioners at their main office in Chicago, Illinois.

6. Defendant Chicago Board of Election Commissioners is an agency that regulates activities for the city of Chicago elections. The primary place of business for the Defendant is in Cook County. The address for the Defendant's office is 69 West Washington Street
Suites 600/800, Chicago, Illinois 60602.

## STATEMENT OF FACTS

7. Plaintiff worked for the Chicago Board of Election Commissioners for 24 years.

8. Plaintiff is African American and Female.

9. On or around the 19th of October, 2014, Plaintiff was directed by her executive director of the Board of Elections, Lance Gough, through his secretary, Yvonne Jones, to prepare blank ballots with blank applications for his friends. This action is in violation of 10 ILCS 5/19-20 of the Illinois Election Code.

2

**EXHIBIT 1**

10. Plaintiff refused to comply with the directive from Lance Gough because they would be in violation of Illinois Election Law.

11. As a result of her refusal to comply with the illegal directive, Plaintiff was wrongfully terminated on November 11th, 2014.

12. Plaintiff's job position was replaced by a (Caucasian) male.

13. Throughout her employment, Plaintiff was not given the same compensation as similarly situated males and similarly situated Caucasians.

## COUNT I

### Racially Biased Employment Discrimination

14. Plaintiff incorporates Paragraphs 1-13 as paragraph 14 herein.

15. Plaintiff is an African American female and is therefore a member of a protected class under Title VII.

16. Plaintiff was discharged from her position because of her race (African American).

17. Plaintiff received less compensation than similar non-African American employees despite having higher educational credentials.

18. Plaintiff's position was given to a Caucasian male despite her qualifications being higher and having worked for the agency for 24 years.

## COUNT II

### Gender Biased Employment Discrimination

19. Plaintiff hereby incorporates Paragraphs 1-18 as Paragraph 19 herein.

20. Plaintiff's gender is female and therefore she is a member of a protected class under Title VII.

21. Plaintiff was discharged from her position because of her gender.

ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
PAGE 3 of 5

EXHIBIT 1

22. Plaintiff's position was given to a male despite her qualifications being better and having worked for the agency for 24 years.

## COUNT III

### Retaliatory Discharge

23. Plaintiff incorporates paragraph 1-22 as Paragraph 23 herein.

24. Plaintiff objected to participating in illegal election activities such as providing improper absentee ballots to the friends and associates of high ranking members of the Chicago Board of Election Commissioners.

25. Plaintiff was observing the statutory law of constitutional ballot access.

26. Plaintiff was fired for not participating in the aforementioned illegal activities.

## COUNT IV

### Violations of 740 ILCS 174/20 (Whistleblower Act)

27. The Illinois Whistle Blower Act provides that it is unlawful for employer to retaliate against an employee for "refusing to participate in an activity that would result in a violation state or federal rule or law..."

28. Plaintiffs employers directed her to engage in activity that would violate 10 ILCS 5/19-20 of the Illinois Election Code.

29. Plaintiff refused to engage in the activity that would have violated 10 ILCS 5/19-20 of the Illinois Election Code.

30. As a result of her refusal to engage in said illegal activity, Plaintiff was terminated from her position less than two weeks later.

### PRAYER FOR RELIEF

ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
PAGE 4 of 5

EXHIBIT 1

Wherefore, Plaintiff prays this Court enter judgment in favor of Plaintiff and against Defendants, specifically:

A) Loss of Pay in the amount of at least $150,000.00 with interest.

B) Compensation in the amount of all lost benefits

C) Reinstatement of any lost pension due to loss of employment before eligibility for retirement.

D) Attorney's Fees and Costs as provided for under the Whistleblower Act 740 ILCS 174/20

E) Reinstatement of Employment

F) Any other relief this court deems right and just.

## JURY DEMAND

Plaintiff respectfully demands a trial by jury of all issues contained herein for which a jury trial is allowed.

Respectfully submitted,

ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
PAGE 5 of 5

/s/Frank Avila
Frank Ávila, Attorney for Defendant

Ávila Law Group, LLC
Attorneys for Plaintiffs
6601 N. Avondale, Suite 201
Chicago, 60631
frankavilalaw@gmail.com
773-631-0177 telephone/ 773-763-2301 fax
County No. 45783

**EXHIBIT 1**

ELECTRONICALLY FILED
11/30/2015 8:30 AM
2015-L-012066
CALENDAR: V
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## Verification

Under Penalties as provided pursuant to 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true

*Sheri Bowen*

Sheri Bowen

## Attorney Code 45783

Frank Avila
Attorneys for Defendant
6601 North Avondale
Suite 103
Chicago, Illinois 60631
773-671-3480 telephone
773-763-2301 telefacsimile
FrankAvilaLaw@GMail.com

**EXHIBIT 1**